ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 NOV -9 AM 11:46

CLERK
SO. DIST. OF GA.

# United States District Court
*Southern District of Georgia*

KIMBERLY FAE SEAY

_____
Plaintiff

Case No. 3:15-cv-00092-DHB-BKE

v. AUTO-OWNERS INSURANCE COMPANY

_____
Defendant

Appearing on behalf of

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _9th_ day of _Nov_, _2015_.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Michael C. Kendall |
| Business Address: | Kendall Law Group, LLC |
| | Firm/Business Name |
| | 3152 Golf Ridge Blvd., Suite 201 |
| | Street Address |
| | Douglasville  GA  30135 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 770-577-3559          414030 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | mckendall@kendall-lawgroup.com |